IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN THE MATTER OF | : | CASE NO. 19-51240 |
| | : | CHAPTER 7 |
| BARBARA JEAN BRYANT | : | JUDGE ALAN M. KOSCHIK |
| | : | |
| | : | |
| | : | |
| Debtor | : | |

### REPORT OF TRUSTEE ON CONVERTED CASE

KATHRYN BELFANCE, former trustee of the estate of the above-named debtor, reports that she has neither received any property nor paid any money on account of this estate; that the case was converted to a Chapter 13 on the 13th day of August, 2019, and that, accordingly, no further action will be taken by her in these proceedings.

Date: August 15, 2019

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE**
Trustee
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com