NORTHERN DISTRICT OF OHIO

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
| | ) | |
| BARBARA JEAN BRYANT | ) | CASE NO: 19-51240 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | MOTION TO WITHDRAW AS |
| | ) | ATTORNEY OF RECORD |
| | ) | |

Now comes **Steven J. Heimberger,** attorney for the above captioned Debtor, and respectfully requests that he be allowed to withdraw as attorney of record.

For cause, counsel states that the Debtor has orally informed him that she wishes to proceed *pro se,* and has requested that counsel withdraw as attorney of record in the matter. Though counsel has requested that debtor provide written confirmation of the same, Debtor has not provided the requested confirmation.

**WHEREFORE**, **Steven J. Heimberger,** attorney for the Debtor, prays that this court grant the relief requested herein

Respectfully submitted,

/s/ Steven J. Heimberger
STEVEN J. HEIMBERGER
Ohio Reg. No. 0084618
50 S. Main Street, 10th Floor
Akron, OH 44308
Phone: 330-434-3000
Fax: 330-434-9220
sheimberger@rlblp.com
*Attorney for Barbara Jean Bryant*

# CERTIFICATE OF SERVICE

I, Steven J. Heimberger, Attorney for Debtor Barbara Jean Bryant, do hereby certify that on July 22, 2020, a true and correct copy of the **Motion to Withdraw as Attorney of Record** was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Kathryn A. Belfance Trustee    kb@rlbllp.com, oh01@ecfcbis.com
- Richard Kalal    rkalal@kalallaw.com
- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov
- Tiiara N. A. Patton ust401    tiiara.patton@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Barbara Jean Bryant
3952 Timberview Street NW, Apt. 8
North Canton, OH 44720

/s/ Steven J. Heimberger
STEVEN J. HEIMBERGER (0084618)
*Attorney for Barbara Jean Bryant*